```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
JEANNE MARCHIG et al.,                                      :
                                       Plaintiffs,          :
                                                            :
              -v-                                           :
                                                            :
CHRISTIE'S INC.,                                            :
                                       Defendant.           :
                                                            :
----------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/13/12

10-cv-3624 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

The Court has been informed that the parties have reached a settlement in principle of this case. Accordingly, it is hereby ORDERED that this action is dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within thirty days.

SO ORDERED.

Dated: New York, New York
       April 13, 2012

_____
J. PAUL OETKEN
United States District Judge